FILED ENTERED
RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD

MAY -7 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                                                ) Case No.: 2:10-CR-047-JCM (PAL)
         Plaintiff, )
                                                )
v. )
                                                )
CASSIDY J. COTTEN, )
         Defendant. )

## ORDER OF FORFEITURE

This Court found on May 19, 2010, that CASSIDY J. COTTEN shall pay a criminal forfeiture money judgment of $28,999.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Docket #8, #9, #16.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CASSIDY J. COTTEN a criminal forfeiture money judgment in the amount of $28,999.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

. . .

. . .

. . .

2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 7th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE